RONALD RAFFERTY #19193-052
Name and Prisoner Number/Alien Registration Number

UNITED STATES PENITENTIARY TUCSON
Place of Confinement

P.O BOX 24550
Mailing Address

Tucson, Az. 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────────┐
│ ✓ ___ FILED      ___ LODGED     │
│   ___ RECEIVED   ___ COPY       │
│  7  ┌──────────────────┐  7     │
│     │  JUL 2 3 2018    │        │
│     └──────────────────┘        │
│     CLERK U S DISTRICT COURT    │
│     DISTRICT OF ARIZONA         │
│ BY                    DEPUTY    │
└─────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

RONALD RAFFERTY
(Full Name of Petitioner)

         Petitioner,

         vs.

WARDEN, J. BALTAZAR
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

         Respondent.

**CV18-0354 TUCCKJBPV**

) CASE NO. _____
) (To be supplied by the Clerk)
)
)
)  **PETITION UNDER 28 U.S.C. § 2241**
)  **FOR A WRIT OF HABEAS CORPUS**
)  **BY A PERSON IN FEDERAL CUSTODY**
)
)
)

## PETITION

1.   What are you challenging in this petition?
   - ☐ Immigration detention
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Probation, parole or supervised release
   - ☑ Other (explain): _Eighth Amendment ILLEGAL DETENTION_

2.   (a) Name and location of the agency or court that made the decision you are challenging: _U.S. District Court Northern District OF NEW YORK, ALBANY_

    (b) Case or opinion number: _11-CR-0321_

    (c) Decision made by the agency or court: _Mr. Rafferty was sentenced to 720 months incarceration in BOP and life supervised release_

**530**

(d) Date of the decision: _July 24, 2012._

3. Did you appeal the decision to a higher agency or court?     Yes ☑   No ☐

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _U.S. COURT OF APPEAL SECOND CIRCUIT_

    (2) Date you filed: _Mr Rafferty gave Notice on 7-24-2012_

    (3) Opinion or case number: _12-2989_

    (4) Result: _DISTRICT COURT JUDGEMENT AND COMMITTMENT AFFIRMED_

    (5) Date of result: _August 9, 2013_

    (6) Issues raised: _Subject Matter Jurisdiction and Ineffective assistance of counsel for misapplied guidelines ; Unreasonable 720 mo Sentence (See Procedural Posture in Memorandum of Law)_

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal:

    (1) Name of the agency or court: _N/A_

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal:

    (1) Name of the agency or court: _N/A_

    (2) Date you filed: _____

(3) Opinion or case number: _____ N/A _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____

_____

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?       Yes ☑       No ☐

If yes, answer the following:

(a)  Name of the agency or court: _U.S. Dist. Ct Northern NY Albany_

(b)  Date you filed: _5-12-2014_

(c)  Opinion or case number: _1:11-CR-321 Doc 91_

(d)  Result: _Denied_

(e)  Date of result: _NOVEMBER 26/2014_

(f)  Issues raised: _Subject Matter Jurisdiction ; Ineffective Assistance of Counsel for failure to raise sufficiency of evidence, Ineffective for failure to raise improper USSG enhancements (See Procedural Posture in Memorandum of Law)_

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.**  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**CAUTION:  To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.**

**GROUND ONE:** Mr Rafferty is serveing an illegal sentence where USSG enhancements were added for conduct that the was not guilty of.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr Rafferty was enhanced by USSG for conduct that he was not culpable of. The misapplication of the sentencing provisions violate substantial rights that increase Mr Rafferty's sentence.

SEE Memorandum of Law

(b) Did you exhaust all available administrative remedies relating to Ground One?     Yes ☑  No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☑ Other: US Dist Court Albany NY and 2nd Cir. Ct. Appeals.

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

N/A

4

**GROUND TWO:** Mr Rafferty is serving a sentence in violation of the Eighth Amendment where He was convicted under Double Jeopardy Clause of the Fifth Amendment.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr Rafferty was convicted and sentenced of 18 USC § 2251 Exploitation of Children and 18 USC § 2252A Activities Relating to Material constituting or Containing Child Pornography, in Violation of Double Jeopardy when the trial Judge did not instruct the jury that § 2252A is a lesser offense when the same facts of conduct were used to convict under both statutes.

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☒  No ☒

(c) If yes, did you present the issue to:
- ☐ The Board of Immigration Appeals
- ☐ The Office of General Counsel
- ☐ The Parole Commission
- ☒ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

This is an Eighth Amendment violation where because of the Double Jeopardy Violation the execution of Mr Rafferty's sentence is illegal.

**GROUND THREE:** _____ N/A _____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  Did you exhaust all available administrative remedies relating to Ground Three?      Yes ☐      No ☐

(c)  If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

6

**GROUND FOUR:** _N/A_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other:

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

**Please answer these additional questions about this petition:**

7.     Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☑     No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

      If yes, answer the following:

      (a)  Have you filed a motion under 28 U.S.C. § 2255?     Yes ☑     No ☐

           If yes, answer the following:

           (1)  Name of court: _US Dist CT Albany N Y_

           (2)  Case number: _11-cr-0321   Doc. 91_

           (3)  Opinion or case number: _____

           (4)  Result: _Denied_

           (5)  Date of result: _November 26-2014_

           (6)  Issues raised: _See Memorandum_

           **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

      (b)  Explain why the remedy under § 2255 is inadequate or ineffective: _Mr Rafferty has_
_raised this issue and the Courts have procedurally denied his_
_challenge failing to reach the merits. On Direct Appeal the Court of_
_Appeals 2nd Cir. used A Abuse Discretion analysis insted of_
_Denovo Review which is required to review these Issues._

8.  If this case concerns immigration removal proceedings, answer the following:

      (a)  Date you were taken into immigration custody: _N/A_

      (b)  Date of removal or reinstatement order: _____

      (c)  Did you file an appeal with the Board of Immigration Appeals?     Yes ☐     No ☐

           (1)  Date you filed: _____

           (2)  Case number: _____

(3) Result: _____ *N/A* _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d)   Did you file an appeal with the federal court of appeals?        Yes ☐        No ☐

(1) Name of the court: _____ *N/A* _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9.   Petitioner asks that the Court grant the following relief: *Mr Rafferty request that he be imediately released or that the Court order to show or cause hearing as to why he should not be released under the Eighth Amendments provision where he is serving an illegal sentence.*

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *July 13, 2018* (month, day, year).

_____ *Donald Rafferty* _____
**Signature of Petitioner**

_____ *N/A* _____
**Signature of attorney, if any**                    **Date**